```
                         IN THE
              UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF FLORIDA
                     OCALA DIVISION
```

**SHAWN M BERRY,**

          Plaintiff,           Case No.:5:22-CV-275-GAP-PRL

vs.

**TOWN OF LADY LAKE, KEITH REYES, THOMAS SARAKINIS, and LIDIA MAYA,**

          Defendants.

_____/

### NOTICE OF SETTLEMENT / RESOLUTION OF CASE - ALL ISSUES

    Plaintiff, by and through the undersigned attorneys, comes now and advises the Court, pursuant to Rule 3.09, Local Rules of Middle District of Florida, that the parties have agreed to terms that settle and resolve all issues in this action currently pending before the Court. The settlement / resolution shall be reduced to a formal writing by and between the parties in the near future and the parties are not yet in a position to seek a dismissal with prejudice.

    The Court therefore should remove this case from its trial calendar as no matters remain to be tried.

    Respectfully submitted.

**ALL FLORIDA JUSTICE, LLC.**

*[signature]*

**DONALD E. PINAUD, JR.**
Florida Bar No. 111694
Trial Counsel
4530 St. Johns Avenue
Suite 15-202
Jacksonville, Florida 32210
(904)552-5500
don@AllFloridaJustice.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed this pleading with the Court's Electronic Filing / CMC / ECF System on this 29 day of November, 2022, and that such system will send electronic copies of this pleading via email to all registered parties on this day. To the best of my knowledge there are no parties that require service by U.S. Mail.

**ALL FLORIDA JUSTICE, LLC.**

*[signature]*

**DONALD E. PINAUD, JR.**
Florida Bar No. 111694
Trial Counsel
4530 St. Johns Avenue
Suite 15-202
Jacksonville, Florida 32210
(904)552-5500
don@AllFloridaJustice.om
Attorneys for Plaintiff